```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
                                                  :       DOC #:_____
BRIIA JENKINS,                                    :       DATE FILED: 12/10/2019
                            Plaintiff             :
                                                  :       18 Civ. 9177 (LGS)
            -against-                             :
                                                  :       ORDER
CITY OF NEW YORK, et al.                          :
                            Defendants.           :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 3, 2019, Plaintiff filed a Notice of Acceptance with Offer of Judgment (Dkt No. 31);

WHEREAS, this filing was deficient and the Clerk of Court has not entered judgment. It is hereby

**ORDERED** that Plaintiff shall, by **December 13, 2019**, re-file the Notice of Acceptance with Offer of Judgment in compliance with the directions on the docket.

Dated: December 10, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**